IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BONITA ENGLISH and DARRYL TRAYLOR,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREGORY BURNS, as Trustee of the Alabama Education Association; et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)     2:15cv776-MHT<br>)          (WO)<br>)<br>)<br>)<br>)<br>) |

ORDER

Based on the representations made on the record on October 27, 2015, it is ORDERED that the motion for temporary restraining order (doc. no. 1) is denied.

DONE, this the 28th day of October, 2015.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE